# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE CARRIZZO,<br><br>Plaintiff(s),<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant(s). | Case No.: 2:18-cv-00114-JAD-NJK<br><br>**ORDER** |

The deadline to file a joint proposed pretrial order expired on December 18, 2018, Docket No. 13 at 2, but the parties did not file one. No later than January 25, 2019, the parties shall file (1) a joint proposed pretrial order, (2) a notice of settlement, or (3) dismissal papers.

IT IS SO ORDERED.

Dated: January 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1